COHEN LAW GROUP
500 COMMERCIAL STREET, SUITE 4R
BOSTON, MA 02109

# Exhibit C: Motion to Extend Time to Complete Service of Process

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br>Plaintiff,<br>v.<br><br>ANH DAO THI LUU,<br>*dba EL Corral Restaurant,*<br>*aka Wings Restaurant,*<br><br>Defendant. | Case No. 1:14cv14336JCB<br><br><br>**MOTION TO EXTEND TIME TO**<br>**COMPLETE SERVICE OF PROCESS** |

Plaintiff J & J SPORTS PRODUCTIONS, INC. hereby moves for a short extention of time to complete service of process of the Defendant herein.

Plaintiff has sought to complete service of the Defendant Anh Dao Thi Luu through the Suffolk County Sheriff's Office. Service of process is expected to be completed today but the requisite return may not be received until later this week.

For these reasons, Plaintiff respectfully requests a short extension of an additional fourteen (14) days to complete service of process of the Defendant.

Plaintiff J & J Sports Productions, Inc.

Dated: April 6, 2015

By: /s/ *Patricia A. Szumowski*
Patricia A. Szumowski BBO #653839
Attorney for Plaintiff
**SZUMOWSKI LAW, P.C.**
108 Russell St., 2nd Flr.
P.O. Box 56
Hadley, MA 01035
Telephone: (413) 584-6900
pas@szumowskilaw.com

Page 1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: April 6, 2015            /s/ *Patricia A. Szumowski*
                                        Patricia A. Szumowski