**COHEN LAW GROUP**
500 COMMERCIAL STREET, SUITE 4R
BOSTON, MA 02109

# Exhibit D: Service of Summons on April 7th 2015

Defendant's Motion To Vacate Default 1:14-CV-14336-ADB

Case 1:14-cv-14336-ADB   Document 41-4   Filed 09/01/16   Page 2 of 4
Case 1:14-cv-14336-ADB   Document 7   Filed 04/10/15   Page 1 of 3
Case 1:14-cv-14336-JCB   Document 4   Filed 12/05/14   Page 1 of 2

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JJ SPORTS PRODUCTIONS, INC. *Plaintiff* | |
| v. | Civil Action No.: 1:14-CV-14336-JCB |
| ANH DAO THI LUU *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Anh Dao Thi Luu
    408 Broadway Street, Chelsea, MA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    Patricia A> Szumowski
    Szumowski Law, P.C.
    P.O. Box 56, Hadley MA 01035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Elaine Flaherty
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-12-05 10:36:46.0, Clerk USDC DMA

Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

April 7, 2015

I hereby certify and return that on 4/6/2015 at 6:45 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet, and Corporate Disclosure Statement in this action in the following manner: To wit, by leaving at the last and usual place of abode of Anh Dao Thi Luu, 408 Broadway Street Corral Restaurant Chelsea, MA 02150 and by mailing 1st class to the above address on 4/7/2015. In this service hereof it was necessary and I actually used a motor vehicle 8 miles. Service was made by giving in hand to Silvia Sarano, Bartender, at time of service. Attest/Copies ($5.00) Basic Service Fee (LU) ($20.00) Conveyance ($2.40) Postage and Handling ($3.00) U.S. District Court Fee ($5.00) Deputy Expense ($20.00) Office Expense ($20.00) Total: $75.40

Deputy Sheriff Thomas F. Lee

_____
*Deputy Sheriff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 10, 2015          /s/ Patricia A. Szumowski
                                         Patricia A. Szumowski