**COHEN LAW GROUP**
500 COMMERCIAL STREET, SUITE 4R
BOSTON, MA 02109

# Exhibit E: Rule to Show Cause

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANH DAO THI LUU, <br><br> Defendant. | Case No. 1:14-cv-14336-JCB <br><br><br> **RESPONSE TO SHOW CAUSE ORDER** |

Pursuant to the October 13, 2015 Order, Plaintiff J & J Sports Productions, Inc. hereby shows that this action should not be dismissed for lack of prosecution:

1. On August 10, 2015, Plaintiff submitted a Status Report regarding service on the Defendant ANH DAO THI LUU. In that Status Report, Plaintiff sought an additional fourteen (14) days to serve process on the Defendant ANH DAO THI LUU in Chelsea, Massachusetts.

2. Since the Status Report included a request for additional time, Plaintiff did not notify the Sheriff's Office anticipating that the Court would first allow the additional 14 days to complete service prior to further attempts by the Sheriff.

3. In light of the Order to Show Cause, Plaintiff's counsel now appreciates she should have proceeded without awaiting further indication from the Court.

4. I am advised by the Suffolk County Chief Deputy Sheriff for Civil Process Joseph Terranova that Deputy Sheriff Thomas Lee completed service on Defendant at 221 Central Avenue, Apt. #1, Chelsea MA on October 26, 2015. Attached hereto as Exhibit A is a copy of the email transmission from Chief Deputy Civil Process Joseph Terranova enclosing a copy of the Summons and Return of Service.

5. There is an error in the Deputy Sheriff's Return of Service which states "Central Street." Whereas, the Summons is addressed to the Defendant at 221 Central *Avenue*, Apt #1, Chelsea,

MA. Upon further communication with Chief Terranova, Defendant was served at the proper address on Central Avenue in Chelsea and a corrected Return will be issued tomorrow morning. I am further informed and believe that there is no "Central Street" in Chelsea, MA.

6. Plaintiff J & J Sports Production Inc has no intention of abandoning the prosecution of this case, and is prepared to litigate this to a determination on the merits.

7. The further prosecution of this action is the most efficient and cost effective way to proceed.

Respectfully submitted,

Plaintiff J & J SPORTS PRODUCTIONS, INC.

Dated: October 26, 2015

By: /s/ Patricia A. Szumowski
PATRICIA A. SZUMOWSKI BBO #653839
Attorney for Plaintiff
**SZUMOWSKI LAW, P.C.**
P.O. Box 56
Hadley, MA 01035
Telephone: (413) 584-6900
pas@szumowskilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF.

Dated: October 26, 2015

/s/ Patricia A. Szumowski
Patricia A. Szumowski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANH DAO THI LUU, <br><br> Defendant. | Case No. 1:14-cv-14336-JCB <br><br><br> **RESPONSE TO SHOW CAUSE ORDER** |

Pursuant to the October 13, 2015 Order, Plaintiff J & J Sports Productions, Inc. hereby shows that this action should not be dismissed for lack of prosecution:

1. On August 10, 2015, Plaintiff submitted a Status Report regarding service on the Defendant ANH DAO THI LUU. In that Status Report, Plaintiff sought an additional fourteen (14) days to serve process on the Defendant ANH DAO THI LUU in Chelsea, Massachusetts.

2. Since the Status Report included a request for additional time, Plaintiff did not notify the Sheriff's Office anticipating that the Court would first allow the additional 14 days to complete service prior to further attempts by the Sheriff.

3. In light of the Order to Show Cause, Plaintiff's counsel now appreciates she should have proceeded without awaiting further indication from the Court.

4. I am advised by the Suffolk County Chief Deputy Sheriff for Civil Process Joseph Terranova that Deputy Sheriff Thomas Lee completed service on Defendant at 221 Central Avenue, Apt. #1, Chelsea MA on October 26, 2015. Attached hereto as Exhibit A is a copy of the email transmission from Chief Deputy Civil Process Joseph Terranova enclosing a copy of the Summons and Return of Service.

5. There is an error in the Return which states "Central Street." Whereas, the Summons is addressed to the Defendant. In further communication with Chief Terranova, Defendant was

# Patricia Szumowski

**From:** Terranova, Joseph <jterranova@scsdma.org>
**Sent:** Monday, October 26, 2015 4:53 PM
**To:** pas@szumowskilaw.com
**Subject:** JJ Sports Productions Inc. v. Luu
**Attachments:** JJ Sports Productions, Inc. v. Luu Summons and Officer's Return.pdf

Attaching scan of Original Summons with Officer's Return of Service.

Joe

Joseph Terranova, Esq.
Chief Deputy-Civil Process Division
Suffolk County Sheriff's Department
132 Portland Street
Boston, MA 02114
617.704.6990
Fax: 617.704.6998
jterranova@scsdma.org


**Suffolk County Sheriff's Department**
Sheriff Steven W. Tompkins

   

```
This Email has been scanned for all viruses by PAETEC's Hosted E-mail Security
Services
```

EXHIBIT A

1

Case 1:14-cv-14336-ADB   Document 18   Filed 10/26/15   Page 5 of 6
Case 1:14-cv-14336-ADB   Document 41-5   Filed 09/01/16   Page 6 of 7
Case 1:14-cv-14336-JCB   Document 4   Filed 12/05/14   Page 1 of 2

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

JJ SPORTS PRODUCTIONS, INC.

*Plaintiff*

v.

Civil Action No.: 1:14-CV-14336-JCB

ANH DAO THI LUU

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Anh Dao Thi Luu
221 Central Ave, Apt. #1
Chelsea, MA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Patricia A. Szumowski
Szumowski Law, P.C.
P.O. Box 56, Hadley MA 01035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Elaine Flaherty
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-12-05 10:36:46.0, Clerk USDC DMA



Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

Suffolk, ss.

October 26, 2015

I hereby certify and return that on 10/26/2015 at 3:15 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet and Corporate Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Ann Dao Thi Luu, at 221 Central Street Apt. 1 Chelsea, MA 02150 and by mailing 1st class to the above address on 10/26/2015. In this service hereof it was necessary and I actually used a motor vehicle 8 miles. Attest/Copies ($10.00) Basic Service Fee (LU) ($20.00) Conveyance ($2.40) Postage and Handling ($3.00) Travel ($1.00) U.S. District Court Fee ($5.00) Office Expense ($20.00) Deputy Expense ($20.00) Total: $81.40

Deputy Sheriff Thomas F. Lee

_____
Deputy Sheriff